[No. 34704-1-II. Division Two. July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON HAMILTON HEWEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01641-5, Jill M. Johanson, J., entered March 28, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 34771-7-II. Division Two. July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN MICHAEL MOINETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-05298-0, Bryan E. Chushcoff, J., entered April 28, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34786-5-II. Division Two. July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY L. COUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00771-3, David E. Foscue, J., entered May 1, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 34900-1-II. Division Two. July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LOWELL W. STAMBAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 05-1-00300-4, Michael J. Sullivan, J., entered May 26, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.